UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY,
                Appellant,

                                                  11 civ 3392 (JGK)

        -against-

LEHMAN BROTHERS HOLDINGS,
                Appellee,
-----------------------------------------------------------X
JOHN G. KOELTL, DISTRICT JUDGE:

    A motion to withdraw the reference has been filed with the Court.

    It is hereby ordered that:

    1) The appellant shall serve and file a brief with any supporting papers by **July 1, 2011.**

    2) Response(s) to the appellant's brief shall be served and filed by **July 22, 2011.**

    3) Any replies to the response(s) shall be served and filed by **August 5, 2011.**

    The Court will contact the parties shortly thereafter for oral argument.

**SO ORDERED.**

                                                          JOHN G. KOELTL
                                       UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        June 1, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/3/11
```