UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY,<br>a public body corporate,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>LEHMAN BROTHERS DERIVATIVE PRODUCTS INC. AND LEHMAN BROTHERS HOLDINGS INC.,<br><br>　　　　Defendants,<br><br>- and -<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>　　　　Defendant/Counterclaim Plaintiff<br><br>- and -<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　Intervening Defendant/<br>　　　　Counterclaim Plaintiff. | Dist. Ct. No. 11 Civ. 03392 (JGK)<br><br>Bankr. Adv. Proc. No. 09-01728 |

**DECLARATION OF EVERT J. CHRISTENSEN, JR. IN SUPPORT OF
LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS DERIVATIVE
PRODUCTS INC. AND LEHMAN BROTHERS SPECIAL FINANCING INC.'S
MEMORANDUM OF LAW IN OPPOSITION TO MICHIGAN STATE HOUSING
DEVELOPMENT AUTHORITY'S MOTION TO WITHDRAW THE REFERENCE**

I, Evert J. Christensen, Jr., under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice in this Court, and an associate of the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Derivative Products Inc. and Defendant/Counterclaim Plaintiff Lehman Brothers Special Financing Inc (collectively, "Lehman"). I submit this declaration in support of Lehman's opposition to Plaintiff/Counterclaim Defendant Michigan State Housing Development Authority's motion to withdraw the bankruptcy reference.

2. Copies of the following documents cited in Lehman's Memorandum of Law in Opposition to Michigan State Housing Development Authority's Motion to Withdraw the Reference, filed contemporaneously herewith, are attached as Exhibits A through D.

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | Master Agreement and Schedule, dated May 10, 2000 |
| B | Assignment and Amendment Agreement, dated September 16, 2008 |
| C | Transcript of Ruling, *Wong v. HSBC USA Inc. (In re Lehman Bros. Holdings Inc.)*, Case No. 09 Civ. 06841 (LTS), (S.D.N.Y. Oct. 14, 2009) |
| D | Adversary Complaint, *Michigan State Housing Dev. Auth. v. Lehman Bros. Derivative Prods Inc., et al. (In re Lehman Bros. Holdings Inc.)*, Bankr. Adv. Proc. No. 09-01728 (S.D.N.Y.) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2011

_____
Evert J. Christensen, Jr.