Dennis F. Dunne
Wilbur F. Foster, Jr.
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile: (212) 530-5219

and

David S. Cohen
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>　　　　　　　　Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY,<br>a public body corporate,<br>　　　　　Plaintiff/Counterclaim Defendant,<br>　　v.<br>LEHMAN BROTHERS DERIVATIVE PRODUCTS INC. AND LEHMAN BROTHERS HOLDINGS INC.,<br>　　　　　　　　Defendants,<br>　　– and –<br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br>　　　　　Defendant/Counterclaim Plaintiff.<br>　　– and –<br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., et al.<br>　　　　　Intervening Defendant/<br>　　　　　Counterclaim Plaintiff. | Dist. Ct. No. 11 Civ. 03392 (JGK)<br>Bankr. Adv. Proc. No. 09-01728 |

## NOTICE OF APPEARANCE OF DAVID S. COHEN

PLEASE TAKE NOTICE that the below-named individual enters his appearance as counsel of record for Intervening Defendant/Counterclaim Plaintiff Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. and requests that all notices given or required to be given and all papers served or required to be served be given or served upon him:

> David S. Cohen
> MILBANK, TWEED, HADLEY & McCLOY LLP
> 1850 K Street N.W., Suite 1100
> Washington, DC 20006
> E-mail: dcohen2@milbank.com
> Telephone: (202) 835-7500
> Facsimile: (202) 835-7586

Dated:  New York, New York
        June 3, 2011

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ David S. Cohen

Dennis F. Dunne (ddunne@milbank.com)
Wilbur F. Foster, Jr.(wfoster@milbank.com)
Evan R. Fleck (efleck@milbank.com)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

David S. Cohen (dcohen2@milbank.com)
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone:  (202) 835-7500

Counsel for Intervening Defendant/Counterclaim Plaintiff Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.