## CERTIFICATE OF SERVICE

      I, Evert J. Christensen, Jr. an associate with the law firm of Weil, Gotshal & Manges LLP, hereby certify that, on this 3rd day of June, 2011, I served a true and correct copy of **LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS DERIVATIVE PRODUCTS INC. AND LEHMAN BROTHERS SPECIAL FINANCING INC.'S MEMORANDUM OF LAW IN OPPOSITION TO MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY'S MOTION TO WITHDRAW THE REFERENCE**, and the **DECLARATION OF EVERT J. CHRISTENSEN, JR.**, and all exhibits thereto, upon the following counsel of record by e-mail and Federal Express:

      Craig Goldblatt, Esquire
      WILMER HALE
      1875 Pennsylvania Avenue, NW
      Washington, DC 20006

      Attorneys for Plaintiff/Counterclaim Defendant

_____
Evert J. Christensen, Jr.