Dennis F. Dunne
Wilbur F. Foster, Jr.
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile: (212) 530-5219

and

David S. Cohen
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>　　　　　　　Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| MICHIGAN STATE HOUSING<br>DEVELOPMENT AUTHORITY,<br>a public body corporate,<br>　　　　　Plaintiff/Counterclaim Defendant,<br>　　v.<br>LEHMAN BROTHERS DERIVATIVE<br>PRODUCTS INC. AND LEHMAN<br>BROTHERS HOLDINGS INC.,<br>　　　　　Defendants,<br>　　– and –<br>LEHMAN BROTHERS SPECIAL<br>FINANCING INC.,<br>　　　　　Defendant/Counterclaim Plaintiff.<br>　　– and –<br>THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF LEHMAN BROTHERS<br>HOLDINGS INC., et al.<br>　　　　　Intervening Defendant/<br>　　　　　Counterclaim Plaintiff. | Dist. Ct. No. 11 Civ. 03392 (JGK)<br>Bankr. Adv. Proc. No. 09-01728 |

### JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAW THE REFERENCE

The Official Committee of Unsecured Creditors (the "Committee") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors and debtors-in-possession hereby submits this statement (the "Joinder") in support of Defendant LBHI's, Defendant Lehman Brothers Derivative Products Inc.'s and Defendant/Counterclaim Plaintiff Lehman Brothers Special Financing Inc.'s Opposition (the "Opposition") to Plaintiff Michigan State Housing Development Authority's Motion to Withdraw the Reference (the "Motion") filed in the above-captioned adversary proceeding (the "Adversary Proceeding").

### JOINDER

The Committee joins in the Opposition for all the reasons set forth therein, including, without limitation, that (i) the Motion is premature because the Bankruptcy Court, pursuant to 28 U.S.C. § 157(b)(3), must determine whether the Adversary Proceeding is a core proceeding in the first instance; (ii) consistent with MSHDA's own allegation in its Complaint, the Adversary Proceeding is a core proceeding because the questions raised therein turn on application of the Bankruptcy Code and other bankruptcy principles; (iii) the Bankruptcy Court's retention of the reference will promote judicial economy and efficiency due to the Bankruptcy Court's institutional expertise in administering the LBHI bankruptcy proceedings; (iv) the factors set forth in *Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*, 4 F.3d 1095, 1101 (2d Cir. 1993), including the preclusion of forum shopping and the economical use of estate and creditor resources, militate strongly against withdrawing the reference; and (v) the Adversary Proceeding does not present issues of first impression.

## **CONCLUSION**

WHEREFORE, the Committee respectfully requests that the Court (i) deny the Motion; and (ii) grant such other relief as is just.

Dated:     New York, New York
           June 3, 2011

                                          MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

                                          By:  /s/ David S. Cohen
                                          Dennis F. Dunne
                                          Wilbur F. Foster, Jr.
                                          Evan R. Fleck
                                          1 Chase Manhattan Plaza
                                          New York, NY 10005
                                          Telephone:  (212) 530-5000

                                          David S. Cohen
                                          1850 K Street N.W., Suite 1100
                                          Washington, DC 20006
                                          Telephone:  (202) 835-7500

                                          Counsel for the Official Committee
                                          of Unsecured Creditors of Lehman Brothers
                                          Holdings Inc., et al.