UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br>　　　　　　　Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| MICHIGAN STATE HOUSING<br>DEVELOPMENT AUTHORITY,<br>a public body corporate,<br>　　　　　Plaintiff/Counterclaim Defendant,<br>v.<br>LEHMAN BROTHERS DERIVATIVE<br>PRODUCTS INC. AND LEHMAN<br>BROTHERS HOLDINGS INC.,<br>　　　　　　Defendants,<br>　– and –<br>LEHMAN BROTHERS SPECIAL<br>FINANCING INC.,<br>　　　　Defendant/Counterclaim Plaintiff.<br>　– and –<br>THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF LEHMAN BROTHERS<br>HOLDINGS INC., et al.<br>　　　　　Intervening Defendant/<br>　　　　　Counterclaim Plaintiff. | Dist. Ct. No. 11 Civ. 03392 (JGK)<br>Bankr. Adv. Proc. No. 09-01728 |

## CERTIFICATE OF SERVICE

I, David S. Cohen a partner with the law firm Milbank, Tweed, Hadley & McCloy LLP, hereby certify that on June 3, 2011, I electronically filed a true and correct copy of the *Notice of Appearance of David S. Cohen* and *Joinder Of Official Committee Of Unsecured Creditors In Defendants' Opposition To Plaintiff's Motion To Withdraw The Reference* via the CM/ECF system, and caused a copy to be served on June 3, 20110 upon the following parties by electronic mail and by Federal Express:

Anthony J. Albanese, Esq.
Peter Gruenberger, Esq.
Evert Christensen, Esq.
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
anthony.albanese@weil.com
peter.gruenberger@weil.com

evert.christensen@weil.com

*Counsel for Debtors and Defendants*

Craig Goldblatt, Esq.
Lisa Ewart, Esq.
**WILMER, CUTLER & PICKERING**
2445 M. Street, N.W.
Washington, DC 20037-1420
craig.goldblatt@wilmerhale.com
lisa.ewart@wilmerhale.com

*Counsel for Plaintiff/Counterclaim Defendant*

Dated: New York, New York
June 6, 2011

_/s/ David S. Cohen_

David S. Cohen
**MILBANK, TWEED, HADLEY & McCLOY LLP**
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

*Counsel for Intervening Defendant/Counterclaim Plaintiff Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.*