767 Fifth Avenue  
New York, NY 10153-0119  
+1 212 310 8000 tel  
+1 212 310 8007 fax  

**Weil, Gotshal & Manges LLP**

Jacqueline Marcus  
+1 212 310 8130  
jacqueline.marcus@weil.com

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC# _____  
DATE FILED: 6/6/11

June 3, 2011

BY FACSIMILE

The Honorable John G. Koeltl  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: Michigan State Housing Dev. Auth. v. Lehman Bros. Holdings Inc., et al., No. 11 civ. 3392

Dear Judge Koeltl:

We represent Defendants Lehman Brothers Holdings Inc. and Lehman Brothers Derivative Products Inc. and Defendant/Counterclaim Plaintiff Lehman Brothers Special Financing Inc. (collectively, "Lehman") in the above-captioned action. On May 17, 2011, Plaintiff/Counterclaim Defendant Michigan State Housing Development Authority ("MSHDA") filed a motion to withdraw the reference and a brief in support thereof. Under the applicable Federal Rules governing a party's time to respond to a motion, Lehman's response is due to be filed today, June 3, 2011.

At approximately 3:30 P.M. this afternoon, we received, by ECF notification, the attached Order, dated June 1, 2011, setting a briefing schedule on MSHDA's motion (and incorrectly denominating the parties "appellant" and "appellee"). The Order contemplates that MSHDA will file a brief by July 1, 2011, Lehman will file a brief by July 22, 2011 and MSHDA will file a reply by August 5, 2011. As noted, MSHDA has already filed a brief in support of its motion to withdraw the reference.

Unless the Court orders otherwise, Lehman stands ready to file its brief today, as contemplated by the applicable default timing rules. We therefore respectfully request that the Court clarify whether the parties are to abide by the briefing schedule set forth in the Order, or whether the default timing rules will apply to MSHDA's motion.

Respectfully submitted,

*Jacqueline Marcus*

Jacqueline Marcus

US_ACTIVE:\43726631\01\58399.0008

*[Handwritten note from Judge:]* The default timing rules can apply given Lehman's willingness to file its brief today. So ordered.  
6/3/11   John G. Koeltl   U.S.D.J.

The Honorable John G. Koeltl
June 3, 2011
Page 2

**Weil, Gotshal & Manges LLP**

Enclosure

cc: Craig Goldblatt, Esq. (by e-mail)
David Cohen, Esq. (by e-mail)

JUN-03-2011 17:03 P.04
Case 1:11-cv-03392-JGK Document 9 Filed 06/06/11 Page 3 of 3
Case 1:11-cv-03392-JGK Document 2 Filed 06/03/11 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY,
     Appellant,

                 11 civ 3392 (JGK)

 -against-

LEHMAN BROTHERS HOLDINGS,
     Appellee,
-------------------------------------------------------X

JOHN G. KOELTL, DISTRICT JUDGE:

 A motion to withdraw the reference has been filed with the Court.

 It is hereby ordered that:

 1) The appellant shall serve and file a brief with any supporting papers by **July 1, 2011**.

 2) Response(s) to the appellant's brief shall be served and filed by **July 22, 2011**.

 3) Any replies to the response(s) shall be served and filed by **August 5, 2011**.

 The Court will contact the parties shortly thereafter for oral argument.

**SO ORDERED.**

                /s/ John G. Koeltl
                JOHN G. KOELTL
                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
    June 1, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/3/11
```