UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MICHIGAN STATE HOUSING
DEVELOPMENT AUTHORITY,
                Plaintiff(s),

                                              **NOTICE OF ORAL ARGUMENT**

      -against-

LEHMAN BROTHERS HOLDINGS,                    11 civ 3392 (JGK)
                Defendant(s).
---------------------------------------------------------X

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on

**Wednesday, September 14, 2011 at 10:30am** in Courtroom 12B, in front of the Honorable

John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                              Don Fletcher
                                                          **Courtroom Case Manager**

Dated: New York, New York
         August 30, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2011
```