UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHIGAN STATE HOUSING DEVELOPMENT
AUTHORITY,

                Plaintiff,

    - against -

LEHMAN BROTHERS DERIVATIVE PRODUCTS,
INC. et al.,

                Defendants.

11 Civ. 3392 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons explained on the record, the plaintiff's motion to withdraw the reference of the adversary proceeding is **denied**. The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
            September 14, 2011

                                      John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-15-11