UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
MICHIGAN STATE HOUSING DEVELOPMENT
AUTHORITY,

          Plaintiff,

-against-

LEHMAN BROTHERS DERIVATIVE PRODUCTS,
INC. et al.,

          Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/11

11 CIVIL 3392 (JGK)

**JUDGMENT**

Plaintiff having moved to withdraw the reference of the adversary proceeding, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on September 14, 2011, having rendered its Order denying Plaintiff's motion to withdraw the reference of the adversary proceeding, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2011, Plaintiff's motion to withdraw the reference of the adversary proceeding is denied; accordingly, the case is closed.

**Dated:** New York, New York
      September 15, 2011

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____